UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA MAE HELM,
        Plaintiff,

Case No. 1:15-cv-0624

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,
        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g). This matter is remanded for further factual findings, including but not necessarily limited to, Dr. Laura VanderMolen's August 19, 2013, opinion.

Dated:    June 17, 2016               /s/ Paul L. Maloney
                                                   PAUL L. MALONEY
                                                   UNITED STATES DISTRICT JUDGE